THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALENTIN BUTOV, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. CV 20-961-RSM <br><br> ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND TIME TO AMEND BRIEFING SCHEDULE FOR § 2255 MOTION |

The COURT has considered the second stipulated motion to amend the briefing schedule in order to allow Petitioner Valentin Butov time to file his reply brief in support of his 28 U.S.C. § 2255 motion, by no later than September 25, 2020.

IT IS NOW ORDERED that the briefing schedule be amended in order to allow the Federal Public Defender's Office to file the reply brief for Mr. Butov no later than September 25, 2020.

DONE this 14th day of September, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Valentin Butov

ORDER GRANTING SECOND STIPULATION
TO AMEND BRIEFING SCHEDULE
(Valentin Butov v. US; CV20-961RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**