CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALENTIN BUTOV,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. CV20-961RSM<br><br>ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF MOTION TO VACATE UNDER 28 U.S.C. § 2255 |

For good cause shown, Petitioner's Motion for Voluntary Dismissal of his Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 is GRANTED. All remaining deadlines and/or hearing dates are hereby VACATED.

IT IS SO ORDERED.

DATED this 2nd day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Valentin Butov

ORDER FOR VOLUNTARY DISMISSAL
(*Valentin Butov v. USA*, CV20-961RSM) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100